EDGAR CARRANZA, ESQ.
Nevada Bar No. 5902
ASHLEY E. WALTERS, ESQ.
Nevada Bar No. 16338
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
ecarranza@messner.com
awalters@messner.com

*Attorneys for Defendants*
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA CHAPIN, an individual; | CASE NO.:  2:23-cv-01358-ART-VCF |
| Plaintiffs, | |
| vs. | |
| COSTCO WHOLESALE CORPORATION, a Delaware corporation; DOE INIDIVIDUAL RETAIL STORE OWNER, I through X, inclusive; ROE ENTITY RETAIL STORE OWNER, I through X, inclusive; DOE INDIVIDUAL MAINTENANCE CONTRACTORS, I through X, inclusive; ROE ENTITY MAINTENANCE CONTRACTORS, I through X, inclusive; DOES INDIVIDUAL I through X, inclusive; and ROE CORPORATIONS I through X inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO SUBMIT CASE TO MEDIATION AND STAY DISCOVERY PENDING COMPLETION**
**(LR II 16-5- First Request)**

Pursuant to Local Rule of Practice for the United States District Court, District of Nevada

Page **1** of **4**

("LR") II 16-5, Plaintiff, LINDA CHAPIN (hereinafter referred to as "Ms. Chapin" or "Plaintiff"), by and through counsel, G. Dallas Horton, Esq. and David Thomas, Esq. of G. Dallas Horton & Associates, and Defendant, COSTCO WHOLESALE CORPORATION (hereinafter referred to as "Costco") by and through counsel, Edgar Carranza, Esq. and Ashley E. Walters, Esq. of MESSNER REEVES, LLP, hereby stipulate to submit this case to settlement conference/mediation as a method of dispute resolution and stay all discovery activities and deadlines pending completion of the same (First Request to Stay) as follows:

WHEREAS, the Parties wish to submit this matter to a settlement conference/mediation in an effort to explore a potential early resolution as contemplated by LR II 16-5;

WHEREAS, the Parties wish to avoid incurring the significant effort and expense that moving forward with formal discovery would require pending completion of the settlement conference/mediation; and

WHEREAS, the Parties agree that good cause exists for the entry of the foregoing Stipulation and Order.

THEREFORE, the Parties hereby stipulate and agreed as follows:

1.  Plaintiffs filed her Complaint on June 13, 2023, in the Eighth Judicial District Court for Clark County, Nevada.

2.  On July 31, 2023, Costco filed its Answer.

3.  On August 1, 2023, Plaintiff filed a Request for Exemption from Arbitration, in which she detailed her claimed damages.

4.  On August 31, 2023, Costco filed its Notice of Removal of this action to this Court for complete diversity jurisdiction pursuant to 28 U.S.C. 1332, 1441 and 1446 [Doc No. 1].

5. On September 18, 2023, this Court entered the Joint Discovery Plan and Scheduling Order [Doc. No. 9]. As a result, the parties embarked on discovery.

6. Both parties have served initial disclosures and a first wave of written discovery requests.

7. After completing some initial discovery and after some discussions about the merits of the case, damages incurred, the discovery that would be required to continue to litigate the case, the experts that are anticipated and the potential for an early resolution, the Parties have agreed and hereby stipulate that this case would benefit from more formal efforts to explore a potential resolution. In an effort to do so without incurring significant effort and expense that would be required by formal discovery, the Parties have agreed and hereby stipulate to submit this case to a settlement conference/mediation as contemplated by LR II 16-5, upon this Court's endorsement of this stipulation.

8. The Parties further agree and stipulate to stay all discovery, including the outstanding written discovery, interrogatories and responses to requests for production, to allow for completion of the settlement conference/mediation.

9. The Parties further agree that the settlement conference/mediation shall be convened before a neutral mutually agreed upon based on the neutral's and parties' availability.

10. The Parties further hereby stipulate and agree that all formal discovery efforts and all deadlines pursuant to the court rules and the applicable the scheduling order shall be stayed pending the completion of the settlement conference/mediation. If the matter is not resolved by these efforts, the Parties will advise this Court via a status report or other filing this Court deems appropriate and seek to re-set the deadlines, agree to new dates for the pending depositions and other requirements.

11.  The Parties further request a hearing before this Court so that the Court and the Parties can determine the most efficient manner to proceed if the Court deems it necessary.

DATED this 12th day of December, 2023.  DATED this 12th day of December, 2023.

**MESSNER REEVES, LLP**   **G. Dallas Horton & Associates**

*/s/ Edgar Carranza*   */s/ David Thomas*

By: _____   By: _____
Edgar Carranza, Esq.   G. Dallas Horton, Esq.
Nevada Bar No. 5902   Nevada Bar No. 5996
Ashley E, Walters, Esq.   David Thomas, Esq.
Nevada Bar No. 16338   Nevada Bar No. 3172
8945 West Russell Road, Suite 300   4435 S. Eastern Ave.
Las Vegas, Nevada 89148   Las Vegas, Nevada 89119
Attorney for Defendant   Attorneys for Plaintiff
COSTCO WHOLESALE   LINDA CHAPIN
CORPORATION

**IT IS SO ORDERED …**

DATED this  12th  day of December, 2023.

_____
United States ~~District Court~~ Judge
                Magistrate

# Patti Sherretts

| | |
|---|---|
| **From:** | David Thomas <DThomas@Gdallashorton.com> |
| **Sent:** | Tuesday, December 12, 2023 1:45 PM |
| **To:** | Edgar Carranza |
| **Cc:** | Ashley E. Walters; Patti Sherretts; Vikki Weyandt |
| **Subject:** | RE: Costco adv. Chapin.... |

**[ EXTERNAL EMAIL ]**

Thanks Edgar and Ashley,

It looks good.  You can use my signature.  We have had better success with mediations as opposed to settlement conferences.  If you agree, do you have a list of mediators you would agree to?

**David L. Thomas, Esq.**
**G. Dallas Horton & Associates**
**4435 South Eastern Avenue**
**Las Vegas, Nevada  89119**
**T: 702-380-3100**

If you are a client or work for a client of G. DALLAS HORTON & ASSOCIATES, or have consulted with the law firm for potential representation, this email communication is protected by the Attorney-Client Privilege and the Work Product Doctrine.  This email communication is not intended for release to opposing parties, opposing counsel or any other third person or entity.  CAUTION should be used when forwarding this email communication to others as the privilege may be lost.  Copies of this email communication should not be kept in your regular file.  If you print a copy of this email communication, place it in a separate file labeled "Attorney-Client Privilege".

This email communication contains confidential and/or privileged information intended only for the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  Do not read, copy or distribute this communication unless you are the intended addressee.  If you have received this communication in error, please notify the sender immediately.

**From:** Edgar Carranza <ECarranza@messner.com>
**Sent:** Tuesday, December 12, 2023 12:18 PM
**To:** David Thomas <DThomas@Gdallashorton.com>
**Cc:** Ashley E. Walters <AWalters@messner.com>; Patti Sherretts <PSherretts@messner.com>
**Subject:** Costco adv. Chapin....

Dave:

I talked to Ashley about where we are on the scheduling order and possible stipulation to extend the deadlines.  After some discussion, we thought that rather than simply stipulate to extend the deadlines, it might be better to stipulate to stay the entire proceedings (including the upcoming deadlines) in an effort to explore settlement.  If the parties can't resolve the case, we'd go back to the Court and ask for a new scheduling order.

Please review the proposed stipulation and let me know your thoughts.  Thank you.