UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA CHAPIN, an individual; | CASE NO.:  2:23-cv-01358-ART-VCF |
| Plaintiffs,<br>vs. | **ORDER GRANTING** |
| COSTCO WHOLESALE CORPORATION, a Delaware corporation; DOE INIDIVIDUAL RETAIL STORE OWNER, I through X, inclusive; ROE ENTITY RETAIL STORE OWNER, I through X, inclusive; DOE INDIVIDUAL MAINTENANCE CONTRACTORS, I through X, inclusive; ROE ENTITY MAINTENANCE CONTRACTORS, I through X, inclusive; DOES INDIVIDUAL I through X, inclusive; and ROE CORPORATIONS I through X inclusive, | |
| Defendants. | |

**STIPULATION TO DISMISS WITH PREJUDICE**

Defendant, COSTCO WHOLESALE CORPORATION (hereinafter referred to as "Costco"), by and through counsel, Edgar Carranza, Esq. and Ashley E. Walters, Esq. of the law firm of

MESSNER REEVES, LLP and Plaintiff, LINDA CHAPIN, by and through counsel David Thomas, Esq. of G. Dallas Horton & Associates, hereby stipulate as follows:

1. Plaintiff filed her Complaint on or about June 13, 2023, with the Eighth Judicial District Court, Clark County, Nevada.

2. Defendant, Costco filed its Answer on or about July 31, 2023.

3. On August 1, 2023, Plaintiff filed her petition for exemption from the mandatory arbitration program. In the petition, she detailed her injuries, damages and claimed medical specials.

4. Costco filed its Notice of Removal and Notice of Filing its Notice of Removal on August 31, 2023 [Doc. No. 1].

5. On September 18, 2023, this Court entered the Joint Discovery Plan and Scheduling Order [Doc. No. 9].

6. The parties embarked on discovery and began having discussions about Plaintiff's injuries, claimed damages and potential resolution.

7. The Parties have been able to reach a mutually acceptable resolution to this matter which is memorialized in the Settlement and Release Agreement executed contemporaneous hereto.

8. In reaching the resolution Costco does not admit any liability and continues to deny the allegations in the Complaint. Nonetheless, Plaintiff hereby stipulates to waive any and all claims against Defendant, Costco and dismiss this action with prejudice in exchange for the agreed to resolution.

9. The parties also hereby stipulate, and this court hereby orders, that this settlement is deemed a good faith settlement. Therefore, any and all claims by any other party against Costco are hereby extinguished.

10. There is no trial date currently set in this matter.

11. For the above-outlined reasons, the parties hereby stipulate to dismiss the present litigation, with prejudice.

12. Plaintiff and Defendant will bear their own attorney's fees and costs related to this litigation.

DATED this 23rd day of July, 2024.

**MESSNER REEVES LLP**

By: _____
Edgar Carranza, Esq.
Nevada State Bar No. 5902
Ashley E. Walters, Esq.
Nevada State Bar No. 16338
8945 West Russell Road, Ste 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*
COSTCO WHOLESALE CORPORATION

DATED this 23rd day of July, 2024.

**G. Dallas Horton & Associates**

By: _____
David Thomas, Esq.
Nevada State Bar No. 3172
4435 S. Eastern Ave
Las Vegas, NV 89119
*Attorneys for Plaintiff*
LINDA CHAPIN

### ORDER

Pursuant to the above Stipulation, THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES that this matter is dismissed with prejudice, each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: July 24, 2024